An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER SHELTON, AN INDIVIDUAL; AND RICHARD CRIGHTON, AN INDIVIDUAL,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ELIZABETH GOFF GONZALEZ, DISTRICT JUDGE,
Respondents,
CML-NV SERENE AVENUE, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND MICHAEL L. FORCHE, RECEIVER,
Real Parties in Interest.

No. 59126

FILED

FEB 28 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY

DEPUTY CLERK

### ORDER DENYING PETITION

This original petition for a writ of mandamus challenges various district court orders. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

A writ of mandamus can compel the performance of an act that the law requires as a duty resulting from an office, trust, or station, or to control an arbitrary or capricious exercise of discretion. See NRS 34.160; International Game Tech. v. Dist. Ct., 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Writ relief is generally unavailable when the petitioner has a plain, speedy, and adequate remedy at law. See NRS 34.170; NRS 34.330; International Game Tech., 124 Nev. at 197, 179 P.3d

SUPREME COURT
OF
NEVADA

(O) 1947A

13-06301

at 558. We have complete discretion to determine if a writ petition will be considered. Smith v. District Court, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991).

Having considered the petition and appendix, we decline to exercise our jurisdiction to entertain this petition. See NRAP 21(b)(1); Smith, 107 Nev. at 677, 818 P.2d at 851. Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Elizabeth Goff Gonzalez, District Judge
The Hayes Law Firm
Anthony A. Zmaila Limited PLLC
Fennemore Craig Jones Vargas/Las Vegas
Eighth District Court Clerk